**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Lorie Zirkle and Scott Zirkle,<br><br>Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>Defendants. | Case No. 2:26-cv-12627<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that Plaintiffs Lorie Zirkle and Scott Zirkle, and Defendant Ally Financial, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiff expects to file a Notice of Dismissal within 60 days. Defendants Equifax Information Services LLC, Trans Union LLC, and Experian Information Solutions, Inc. still remain, and Plaintiff has not settled the claims with these Defendants.

Dated: August 13, 2026

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Blake R. Bauer*

Blake R. Bauer
MN Bar Number 0396262
Blake@fieldslaw.com
FIELDS LAW FIRM
9999 Wayzata Blvd.
Minnetonka, Minnesota 55305
(612) 383-1868 (telephone)
(612) 370-4256 (fax)